**Curtis R. Rawlings, Esq.**
Nevada Bar No. 6790
**BURGER, MEYER & D'ANGELO, LLP**
725 S. 8th Street, Suite 200
Las Vegas, NV 89101
**Mailing Address:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: crawlings@burgermeyer.com

Attorney for Defendant
*WALMART, INC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JESSICA LA-KEISHA BARNEY, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC. a Foreign Corporation, DOE EMPLOYEES I-V; DOE MANAGERS I-V; ROE CORPORATIONS I-XX, inclusive; DOES I-XX, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-02549-GMN-EJY<br><br>~~[PROPOSED]~~ **STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |

The parties held a scheduling conference pursuant to Federal Rule of Civil Procedure 26(f) on August 24, 2026. The parties now submit their proposed discovery plan and scheduling order in compliance with LR 26-1(b).

1. **Discovery Cut-Off Date**. Defendant answered or otherwise appeared on August 4, 2026. Defendant removed the instant matter on August 15, 2026. Although the parties initially proposed a nine-month discovery period, on September 4, 2026, this Court issued a Minute Order denying the parties' request and directing the parties to submit a discovery plan measuring discovery of 180 days from the date of the Minute Order. As such, discovery is planned to close on March 5, 2027. This proposed length of discovery complies with the 180-day discovery plan as required by the September 4, 2026 Minute Order. Discovery is expected to involve medical experts



BURGER, MEYER & D' ANGELO, LLP

and a likely Independent Medical Examination. The Parties agree that the length of this discovery period would be beneficial under the facts of this case.

2. **Amending the Pleadings and Adding Parties**. The deadline to amend the pleadings and add parties is December 7, 2026.

3. **Expert and Rebuttal-Expert Disclosures**. The deadline to disclose experts is January 6, 2027. The deadline to disclose rebuttal experts is February 5, 2027.

4. **Dispositive Motions**. The deadline to file dispositive motions is April 5, 2027.

5. **Pretrial Order**. The deadline to file a Pretrial Order is May 5, 2027.

6. **Fed. R. Civ. P. 26(a)(3)**. The disclosures required by this rule and any objections to them must be included in the Joint Pretrial Order.

7. **Alternative Dispute Resolution**. The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and, if applicable, early neutral evaluation.

8. **Alternative Forms of Case Disposition**. The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01).

9. **Electronic Evidence**. The parties certify that they discussed whether to present evidence in electronic format to jurors for the purpose of jury deliberations.

10. **Initial Disclosures**. No changes are necessary in the form or requirement for the disclosures under Fed. R. Civ. P. 26(a). Defendant served its Initial disclosures on August 21, 2026. Plaintiff served her Initial Disclosure on September 1, 2026.

11. **E-discovery**. The parties agree that disclosure and discovery of electronically stored information should be produced in Portable Document Format ("PDF Format") to allow for proper and consistent Bates numbering. The PDF documents are also to be produced in a recognized text



BURGER, MEYER & D' ANGELO, LLP

Optical Character Recognition "COCR") format. If, in good faith, a party questions the authenticity of an electronically stored document, or for other good faith reasons, the party may request the PDF format document to be produced in its native format.

12. **Extensions or modifications of the discovery plan and Scheduling Order**. In accordance with LR 26-3, any stipulation or motion for modification or extension of this Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the discovery cut-off date. Therefore, such stipulations or motions shall be made no later than February 12, 2027.

13. **Email Service**: The parties consent to electronic service, to the extent the size of the submission permits it, of all court filings not served through ECF (e.g., filings under seal) and such service shall constitute proper service under FRCP 5(b)(2)(E). The parties further consent to electronic service of correspondence and discovery on all counsel who have entered an appearance on behalf of the party to be served in lieu of other service methods under FRCP 5(b)(2)(E).

Respectfully submitted:

*/s/ Curtis Rawlings*
By:_______________________
CURTIS RAWLINGS, ESQ.
Nevada Bar No.: 6790
725 S 8th Street, Suite 200
Las Vegas, Nevada 89101
Attorney for Defendant
Walmart, Inc.

Approved as to Form and Content:

*/s/ Tyler Bixby*
By:_______________________
TYLER A. BIXBY, ESQ.
Nevada Bar No.: 16679
6018 S. Fort Apache, Ste 150
Las Vegas, Nevada 89148
Attorney for Plaintiff
Jessica La-Keisha Barney

IT IS SO ORDERED:

_______________________
UNITED STATES MAGISTRATE JUDGE

Dated: September 10, 2026.

BURGER, MEYER & D' ANGELO, LLP

**Shirley B. Martinez**

| | |
|---|---|
| **From:** | Tyler Bixby <tyler@blackburnwirth.com> |
| **Sent:** | Thursday, September 10, 2026 7:41 AM |
| **To:** | Shirley B. Martinez; Samantha Tamayo; Melissa Rodriguez |
| **Cc:** | Curtis R. Rawlings |
| **Subject:** | RE: Barney v. Walmart |

Good to sign for me. Thank you for preparing.

Thanks,

BLACKBURN WIRTH INJURY TEAM

**TYLER A. BIXBY, ESQ.**
Attorney
**BLACKBURN WIRTH, LLP**
6018 S. Fort Apache Rd. Ste. 150
Las Vegas, Nevada 89148
Tel: 702.472.7000 | Fax: 702.463.4440
tyler@blackburnwirth.com | blackburnwirth.com
Offices in Nevada and Arizona

**CONFIDENTIALITY NOTICE:** The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use, dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

---

**From:** Shirley B. Martinez <smartinez@burgermeyer.com>
**Sent:** Thursday, September 10, 2026 5:35 AM
**To:** Tyler Bixby <tyler@blackburnwirth.com>; Samantha Tamayo <samantha@blackburnwirth.com>; Melissa Rodriguez <melissa@blackburnwirth.com>
**Cc:** Curtis R. Rawlings <Crawlings@burgermeyer.com>
**Subject:** FW: Barney v. Walmart

Good morning, Tyler:

I am following up regarding the revised Stipulated Discovery Plan and Scheduling Order I sent to you yesterday. Thanks.

**Shirley B. Martinez**
**Paralegal**

**BURGER, MEYER & D'ANGELO, LLP**
725 S. 8th St., Suite 200
Las Vegas, NV 89101
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Direct: (725) 258-5196
Email: smartinez@burgermeyer.com